1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark Anthony DuRoss

                Plaintiff,    )   CASE NO.

vs.

California State Prison - Warden
The people of the State of California
and all other persons/party Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Mark Anthony DuRoss, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I don't remember my last job_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                         Yes ___ (No) ✓
10          self employment
11     b.   Income from stocks, bonds,                      Yes ___ (No) ✓
12          or royalties?
13     c.   Rent payments?                                  Yes ___ (No) ✓
14     d.   Pensions, annuities, or                         Yes ___ (No) ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,              Yes ___ (No) ✓
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.    Are you married?                                   Yes ___ (No) ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support: $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_NONE_

5. Do you own or are you buying a home?   Yes ____ (No) ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? _it was stolen by the Sacramento County sheriff's Dept; Redding Police dept;_ Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ (No) ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ____ (No) ✓ Amount: $ _0_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ (No) ✓

8. What are your monthly expenses?

Rent: $ _0_   Utilities: _0_

Food: $ _0_   Clothing: _0_

Charge Accounts: _0_

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _NONE_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? (Yes ✓  No ___   case no. 98AM02035
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _98AM02075 superior court of Sacramento County_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _JUNE 7, 2007_             _[signature]_____
17        DATE                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____     - 4 -

Case Number: C 07 - 2881

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Mark Anthony DuRoss for the last six months at

[prisoner name]

CSP-Sacramento where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.00.

Dated: 6/25/07

Christina Hernandez

[Authorized officer of the institution]

- 5 -



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Trust accounting office
To: clerk/warden

I, need a statement showing that I have no money on the Books I, sent (a waiver) to Superior Court - Sacramento County 720 9th street Room 102 To: A. Woodward Deputy clerk and notified that clerk that I was requesting the statement from the trust accounting office and as soon as I get it from your office, that I would send it to the Superior Court to verify my lack of money & funds for the waiver for fees and court costs statement that I sent on June 6, 2007.

Please! send to me a trust account statement.

Today's date; June 6, 2007      (S) Mark A. DuRoss
                                Mark A. DuRoss
Your 6 months cnt has           P-55133 (C-5 #108)
been completed by the Trust Dept
and forwarded to Litigation.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution. *(SEE) in last page*

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed.** That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER.